UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO: 033006

United States
PLAINTIFF

Donald Stauffers
DEFENDANT

Vuono
COUNSEL

Bailey / Etkin
COUNSEL

JUDGE Ponsor   CLERK Finch   REPORTER A Moran

CLERK'S NOTES

DATE

6-5-03 Sentencing hearing held - Motion for downward departure denied - 46 mos. Imp. on each Ct. conc. to commence immediately. Sent begins 6-5-03 Pant in Sex Offender - Butner NC Sup Rel 3yrs ea ct - conc; No firearm; Pant in Mental Health Prog; Polygraph testing; No contacts w/under 18; No sexually explicit; No use of internet; no computer; No contact w/victim; Coop w/coll. DNA $200 Ass. Remanded to Marshal